IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LESTER O. TAYLOR,

    Plaintiff,

v.

JOHN E. POTTER, et al.,

    Defendants.
_____/

No. C 05-04174 JSW

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

    This matter came before the Court for a further case management conference on Friday, December 1, 2006. On June 30, 2006, this Court held a case management conference at which the Court advised the parties that it would hold a further case management conference. Pursuant to the Civil Local Rules, the parties were required submit of a case management statement ten (10) days before the case management conference. *See* Civ. L.R. 16-10. Plaintiff, Lester O. Taylor, failed to appear for the further case management conference and did not file a case management conference statement.

    Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing no later than December 29, 2006, as to why this case should not be dismissed for failure to prosecute. Failure to respond to this Order shall result in dismissal of this matter without prejudice.

    **IT IS SO ORDERED.**

Dated: December 5, 2006

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE