UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5

6        UNITED STATES DISTRICT COURT

7            Northern District of California

8
9

10   LESTER O. TAYLOR,
                 Plaintiff in Propia Persona,          No. C 05-4174 JSW
11

12        v.                                    **ORDER ASSIGNING CASE TO
                                                ASSISTED SETTLEMENT
                                                CONFERENCE PROGRAM**
13   JOHN E. POTTER,
                              Defendant.
14   _____/

15

16

17        Plaintiff in this case has applied to participate in the court's Assisted Settlement Conference

18   Program.  Based on the court's review of plaintiff's Application for Assisted Settlement Conference,

19   Declaration Applying for Assisted Settlement Conference and additional application materials, and

20   plaintiff's acknowledgment that he has reviewed the description of the Assisted Settlement

21   Conference Program, wishes to participate in the Program, and understands and agrees to the limited

22   representation to be provided by Special Settlement Conference counsel,

23        IT IS HEREBY ORDERED:

24        1.      That the case be assigned to the Assisted Settlement Conference Program and be

25                processed in accordance with the Alternative Dispute Resolution Local Rules of this

26                court;

27   ///

28   ///

2.   That Special Settlement Conference Counsel be appointed for the limited purpose of representing plaintiff in the preparation for and Settlement Conference of this case; and

3.   That the Settlement Conference shall be completed within ninety (90) days of the date of this order.

IT IS SO ORDERED.

FEB 1 4 2007                          By:   _____

Dated                                                      Jeffrey S. White
                                                   United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TAYLOR,

        Plaintiff,

  v.

POTTER et al,

        Defendant.

_____/

Case Number: CV05-04174 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Abraham A. Simmons
U.S. Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

Lester O. Taylor
407 Orange Street #412
Oakland, CA 94610

Dated: February 14, 2007

*Lashanda Scott*
Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk