UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER O. TAYLOR,<br><br>         Plaintiff,<br><br>    v.<br><br>POSTMASTER GENERAL JOHN E. POTTER, *et al.*,<br><br>         Defendants.<br>_____/ | No. C-05-4174 JSW (EMC)<br><br>**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **October 25, 2007, at 1:30 p.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Further Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

♦  **Further Settlement Conference statements shall be lodged by hard copy only with Judge Chen's chambers by October 18, 2007.**

The parties shall, in the statements, address the question of the legal effect of the DOL determination on Plaintiff's claims herein.  Plaintiff in particular should address the authorities appended to Defendant's 5/16/07 Settlement Conference statement.

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for Further Settlement Conference.

IT IS SO ORDERED.

Dated:  September 12, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2