UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LESTER O. TAYLOR,

          Plaintiff,

    v.

POSTMASTER GENERAL JOHN E. POTTER, *et al.*,

          Defendants.
_____/

No. C-05-4174 JSW (EMC)

**ORDER CONTINUING FURTHER SETTLEMENT CONFERENCE**

By letter dated September 13, 2007, Defendant's counsel Melissa K. Brown, Assistant United States Attorney, notified this Court that she would be unavailable for the Further Settlement Conference scheduled for October 25, 2007 at 1:30 p.m. due to mandatory trial training in Columbia, South Carolina (*see* Docket No. 40).

The Further Settlement Conference scheduled for October 25, 2007, at 1:30 p.m., Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued to **November 9, 2007, at 9:30 a.m.**

♦     **Further Settlement Conference statements shall be lodged by hard copy only with Judge Chen's chambers by November 2, 2007.**

As previously directed in this Court's September 12, 2007 order, the parties shall, in the statements, address the question of the legal effect of the DOL determination on Plaintiff's claims herein. Plaintiff in particular should address the authorities appended to Defendant's 5/16/07 Settlement Conference statement.

1   All other provisions of and dates set forth in this Court's original Notice of Settlement
2 Conference and Settlement Conference Order shall remain in effect.
3   The parties shall notify Magistrate Judge Chen's chambers immediately if this case settles
4 prior to the date set for Further Settlement Conference.

6   IT IS SO ORDERED.

8 Dated: September 18, 2007

EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER O. TAYLOR, | No. C-05-4174 JSW (EMC) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| POSTMASTER GENERAL JOHN E. POTTER, *et al.*, | |
| Defendants. _____/ | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Lester O. Taylor  
407 Orange Street #412  
Oakland, CA 94610

Counsel for Defendant served by Electronic Case Filing ("e-filing") System

Shannon Cogan  
Berliner Cohen  
Ten Almaden Blvd., 11th Floor  
San Jose, CA 95113

Dated: September 18, 2007    RICHARD W. WIEKING, CLERK

By: _____/s/_____  
Leni Doyle  
Deputy Clerk