# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| LESTER TAYLOR,<br>         Plaintiff in Propia Persona,<br><br>   v.<br><br>JOHN E. POTTER, et al..<br>         Defendant(s).<br>_____/ | No. C 05-4174 JSW<br><br>**ORDER TERMINATING ASSISTED SETTLEMENT CONFERENCE** |

The above-entitled action was placed in the Assisted Settlement Conference Program. Upon the application by the Pro Se Plaintiff, special settlement conference counsel Shannon Cogan was designated to educate and assist the Pro Se Plaintiff in preparation for, participation in, and follow up to a settlement conference in this case.

The settlement conference has concluded and the court now removes this case from the Assisted Settlement Conference Program. This terminates any further responsibilities of settlement conference counsel in this case.

The court extends its thanks to the Ms. Cogan for her efforts in the Assisted Settlement Conference Program, furthering the administration of justice in the Northern District of California.

IT IS SO ORDERED.

November 14, 2007                  By:          /s/ Jeffrey S. White
_____                            _____
Dated                                                      Jeffrey S. White
                                                           United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TAYLOR,

        Plaintiff,

  v.

POTTER et al,

        Defendant.

Case Number: CV05-04174 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lester O. Taylor
407 Orange Street #412
Oakland, CA 94610

Melissa K. Brown
Joann M. Swanson
United States Attorney's Office
Civil Division
450 Golden Gate Avenue, 9th Floor
Box 36055
San Francisco, CA 94102

Dated: November 14, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

G:\ADRALL\Assisted Mediation Program\Order Terminating Assisted Med.wpd