IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LESTER O. TAYLOR,

    Plaintiff,

No. C 05-04174 JSW

v.

JOHN E. POTTER, et al.,

    Defendants.

                                    /

**ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL**

The plaintiff Lester O. Taylor ("Taylor") having requested and being in need of counsel to assist him/her in this matter and good and just cause appearing,

IT IS HEREBY ORDERED that Taylor shall be referred to the Federal Pro Bono Project in the manner set forth below:

1. The Clerk of this Court shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco ("BASF") one (1) copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

2. Upon being notified by the BASF that an attorney has been located to represent the Taylor, that attorney shall be appointed as counsel for Taylor in this matter until further order of the Court.

///

///

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent Taylor in this action.

**IT IS SO ORDERED.**

Dated: February 8, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TAYLOR,

    Plaintiff,

v.

POTTER et al,

    Defendant.

Case Number: CV05-04174 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joann M. Swanson
Melissa K. Brown
United States Attorney's Office
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102

Lester O. Taylor
407 Orange Street #412
Oakland, CA 94610

Dated: February 8, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk