IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LESTER O. TAYLOR,

    Plaintiff,

v.

JOHN E. POTTER, et al.,

    Defendants.

No. C 05-04174 JSW

**ORDER LIFTING STAY**

On July 29, 2008, plaintiff Lester O. Taylor ("Taylor") filed a motion to lift the stay. The Court had entered the stay pending new counsel for Taylor. Now that Taylor has retained new counsel, Taylor moves to lift the stay. To date, Defendants have not filed an opposition to the motion. Good cause appearing, the Court HEREBY GRANTS Taylor's motion to lift the stay.

**IT IS SO ORDERED.**

Dated: September 10, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE