| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (SBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143)<br>Chief, Civil Division |
| 3 | ABRAHAM A. SIMMONS (SBN 146400)<br>Assistant United States Attorney |

450 Golden Gate Avenue, 10th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7264
Facsimile: (415) 436-6748
Email: abraham.simmons@usdoj.gov

Attorneys for John E. Potter

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LESTER O. TAYLOR, | ) | No. C 05-04174 JSW |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION CONTINUING**<br>**CASE MANAGEMENT CONFERENCE** |
| JOHN E. POTTER, | ) | |
| Defendant. | ) | |

Whereas on January 23, 2009, this Court scheduled a Further Case Management Conference to be held on July 31, 2009; and

Whereas defendant's counsel has requested a short continuance of the Further Case Management Conference so that he may attend to personal matters; and

Whereas plaintiff has no objection to the proposed continuance; and

Whereas, discovery is progressing in this case at a pace acceptable to the parties; the parties therefore agree, stipulate and respectfully request that the Court issue an order

/ / /

/ / /

/ / /

1 | continuing the July 31, 2009, Further Case Management Conference to August 14, 2009.

|   |   |
|---|---|
|   | Respectfully submitted, |
| KIRKLAND & ELLIS | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| _____/s/_____<br>BRADFORD BLACK<br>Attorneys for Plaintiff<br>Dated: July 15, 2009 | _____/s/_____<br>ABRAHAM A. SIMMONS<br>Assistant United States Attorney<br>Dated: July 15, 2009 |

**[PROPOSED] ORDER**

Good cause appearing, it is so **ORDERED.** The Further Case Management Conference is continued to August 14, 2009 ast 1:30 p.m.   The parties shall file a Further Case Management Conference Statement on or before August 7, 2009.

____July 17, 2009____          _____/s/ Jeffrey S White_____
         Date                              District Judge Jeffrey S. White