IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LESTER O. TAYLOR,

    Plaintiff,

v.

JOHN E. POTTER, et al.,

    Defendants.

No. C 05-04174 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

Upon reviewing the parties' joint case management statement, the Court has determined that holding a case management conference is unnecessary. Therefore, the Court HEREBY VACATES the case management conference scheduled for August 14, 2009. The Court FURTHER ORDERS that Plaintiff shall file a dismissal of all defendants other than the United States Postmaster General by no later than August 27, 2009.

Pursuant to Northern District Local Rule 72-1, this matter is REFERRED to Magistrate Judge Chen for a further settlement conference. The further settlement conference shall be conducted within sixty days, if possible.

**IT IS SO ORDERED.**

Dated: August 13, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom