Jenny N. Lee (SBN 247684)
Bradford J. Black (SBN 252031)
Andrew G. Hamill (SBN 251156)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
jenny.lee@kirkland.com
bradford.black@kirkland.com
andrew.hamill@kirkland.com

Peter H. Chang (SBN 241467)
KIRKLAND & ELLIS LLP
P.O. Box 51827
Palo Alto, CA 94303
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
peter.chang@kirkland.com

Attorneys for Plaintiff
Lester O. Taylor

JOSEPH P. RUSSONIELLO
United States Attorney
JOANN M. SWANSON
Chief, Civil Division
ABRAHAM A. SIMMONS
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102-3495
Telephone: (415) 436-7264
Facsimile: (415) 436-6748
abraham.simmons@usdoj.gov

Attorneys for Defendant
John E. Potter, U.S. Postmaster General

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LESTER O. TAYLOR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN E. POTTER,<br><br>　　　　Defendant. | Case No. 3:05-CV-04174-JSW (EC)<br><br>**STIPULATED AND [~~PROPOSED~~] ORDER DISMISSING THE UNITED STATES POSTAL SERVICE FROM THIS ACTION**<br><br>Judge:　　Hon. Jeffrey S. White |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Lester O. Taylor and
2  Defendant John E. Potter, by and through their counsel, acknowledge that the proper defendant in
3  this action is the United States Postmaster General, John E. Potter, and all other defendants are
4  hereby agreed dismissed from this lawsuit.

6  Dated: August 25, 2009

8  For Plaintiff,                              For Defendant,
   LESTER O. TAYLOR                            JOHN E. POTTER

                                               JOSEPH P. RUSSONIELLO
                                               United States Attorney


13 By: /s// Bradford J. Black                  By: /s// Abraham A. Simmons

     Jenny N. Lee                                Abraham A. Simmons
     Bradford J. Black                           U.S. ATTORNEY'S OFFICE
     Andrew G. Hamill                            450 Golden Gate Avenue
     KIRKLAND & ELLIS LLP                        P.O. Box 36055
     555 California Street, Suite 2700           San Francisco, California  94102
     San Francisco, California  94104-1501       Telephone:   (415) 436-7264
     Telephone:   (415) 439-1400                 Facsimile:   (415) 436-6748
     Facsimile:   (415) 439-1500                 abraham.simmons@usdoj.gov
     jenny.lee@kirkland.com
     bradford.black@kirkland.com
     andrew.hamill@kirkland.com

     Peter H. Chang
     KIRKLAND & ELLIS LLP
     P.O. Box 51827
     Palo Alto, California  94303
     Telephone:   (650) 859-7000
     Facsimile:   (650) 859-7500
     peter.chang@kirkland.com

STIPULATED AND [PROPOSED] ORDER          - 2 -                Case No. 3:05-CV-04174-JSW

1 **ORDER**

2 Now therefore, in light of the foregoing stipulation of all parties to this action and Rule

3 41(a)(1) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED AS FOLLOWS:

4 The proper defendant in this action is the United States Postmaster General, John E. Potter,

5 and all other defendants are hereby dismissed from this lawsuit.

8 Dated: August 27, 2009

*Jeffrey S. White*
United States District Judge