Jenny N. Lee (SBN 247684)
Bradford J. Black (SBN 252031)
Andrew G. Hamill (SBN 251156)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, California 94104-1501
Telephone:    (415) 439-1400
Facsimile:     (415) 439-1500
jenny.lee@kirkland.com
bradford.black@kirkland.com
andrew.hamill@kirkland.com

Attorneys for Plaintiff
Lester O. Taylor

JOSEPH P. RUSSONIELLO
United States Attorney
JOANN M. SWANSON
Chief, Civil Division
ABRAHAM A. SIMMONS
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102-3495
Telephone:    (415) 436-7264
Facsimile:     (415) 436-6748
abraham.simmons@usdoj.gov

Attorneys for Defendant
John E. Potter, U.S. Postmaster General

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LESTER O. TAYLOR, | Case No. 3:05-CV-04174-JSW (EC) |
| Plaintiff, | **STIPULATED DISMISSAL** |
| vs. | |
| JOHN E. POTTER, | |
| Defendant. | |

1  Pursuant to the agreement to settle this matter as set out in the record during the conference before Magistrate Judge Edward Chen on September 28, 2009 and as further set out in the Settlement Agreement between the parties signed on November 13, 2009, Plaintiff Lester O. Taylor and Defendant John E. Potter, through their respective undersigned counsel, stipulate to the dismissal with prejudice of this action in its entirety, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs, expenses, and attorneys' fees.

IT IS SO ORDERED.

Dated: November 19, 2009

KIRKLAND & ELLIS LLP

By: //s// Bradford J. Black
   Jenny N. Lee
   Bradford J. Black
   Andrew G. Hamill
   KIRKLAND & ELLIS LLP
   555 California Street, Suite 2700
   San Francisco, California  94104-1501
   Telephone:   (415) 439-1400
   Facsimile:    (415) 439-1500
   jenny.lee@kirkland.com
   bradford.black@kirkland.com
   andrew.hamill@kirkland.com

   Attorneys for Plaintiff
   LESTER O. TAYLOR

Dated: November 19, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

By: //s// Abraham A. Simmons
   Abraham A. Simmons
   U.S. ATTORNEY'S OFFICE
   450 Golden Gate Avenue
   P.O. Box 36055
   San Francisco, California  94102
   Telephone:   (415) 436-7264
   Facsimile:    (415) 436-6748
   abraham.simmons@usdoj.gov

   For Defendant,
   JOHN E. POTTER

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Dated: __November 30, 2009__                          _____/s/ Jeffrey S. White_____

4                                                                              HONORABLE JEFFREY S. WHITE
                                                                                    United States District Judge

| | |
|---|---|
| 1 | Joint Filing Attestation |
| 2 | Pursuant to General Order No. 45, Section X(B), I , Bradford J. Black, hereby attest that the |
| 3 | signatories' concurrence in the filing of this document has been obtained. |
| 4 | |
| 5 | |
| 6 | //s// Bradford J. Black |